# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AH LIQUIDATION, INC., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br>Case No. 21-10883 (CTG)<br>(Jointly Administered) |
| DRIVETRAIN LLC, in its capacity as LIQUIDATING TRUSTEE for the LIQUIDATING TRUST OF AH LIQUIDATION, INC., AH IP LIQUIDATION, INC., RM LIQUIDATION INC., BP LIQUIDATION, INC., and QAA LIQUIDATION, INC. ,<br>　　　　　　Plaintiff,<br>v.<br>DAVID FANN, PAUL COX, STEPHEN WOODY, HUMBERTO ANTUNES, and JOSEPH MCGUIRE,<br>　　　　　　Defendants. | Adv. No. 22-50392 (CTG)<br><br>Related to D.I. 26 |

## ORDER APPROVING STIPULATION EXTENDING DEADLINE TO RESPOND TO HUMBERTO ANTUNES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation Extending the Time to Answer, Move or Otherwise Respond to the Motion to Dismiss* (the "Certification")[2] and the Stipulation; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). A complete list of each of the Debtors in these Chapter 11 Cases may be obtained via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Certification.

other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. Plaintiff shall have through and including March 6, 2023 to file a response to the Motion to Dismiss.

3. Defendant shall have through and including March 23, 2023 to reply to Plaintiff's response to the Motion to Dismiss.

4. Except as specifically set forth herein, all rights, claims and defenses of the Parties shall be fully preserved.

5. Defendant reserves and does not waive his right to assert any motions, pleadings, defenses, objections or any other arguments, including without limitation, pertaining to service of process, insufficient service of process, lack of personal jurisdiction, failure to state a claim, or motion for a more definite statement.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 21st, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**