# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AH LIQUIDATION, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 21-10883 (CTG)<br><br>(Jointly Administered) |
| DRIVETRAIN LLC, in its capacity as LIQUIDATING TRUSTEE for the LIQUIDATING TRUST OF AH LIQUIDATION, INC., AH IP LIQUIDATION, INC., RM LIQUIDATION INC., BP LIQUIDATION, INC., and QAA LIQUIDATION, INC. ,<br><br>               Plaintiff,<br>v.<br><br>DAVID FANN, PAUL COX, STEPHEN WOODY, HUMBERTO ANTUNES, and JOSEPH MCGUIRE,<br><br>               Defendants. | Adv. No. 22-50392 (CTG)<br><br><br><br>**Re: Adv. Dkt No. 28** |

## ORDER APPOINTING MEDIATOR

THE COURT having reviewed the *Certification of Counsel Regarding Agreed Order Appointing Mediator* (the "Certification")[2]; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409,

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). A complete list of each of the Debtors in these Chapter 11 Cases may be obtained via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.

[2] Capitalized claims not defined herein shall have the meaning ascribed to them in the Certification of Counsel.

(iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Court having determined that appointment of a mediator to assist the Parties in resolving the claims and causes of action asserted in this adversary proceeding is warranted; and the Court having been informed that the Parties have agreed to participate in mediation and, subject to Court approval, for the Honorable Kevin J. Carey (Ret.) to serve as mediator; and the relief granted herein being is in the best interests of the Debtors' estates, the Debtors' creditors, and all parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Court directs the Parties to engage in mediation (the "Mediation") to attempt to resolve the claims and causes of action asserted in the adversary proceeding.

2. The Honorable Kevin J. Carey (Ret.) (the "Mediator") is hereby appointed as mediator.

3. Unless otherwise modified herein, Rule 9019-5 of the Local Rules for the United States Bankruptcy Court for the District of Delaware shall apply to the Mediation, provided, however, that the Mediator may modify the mediation procedures set forth in Local Rule 9019-5, in his discretion, to best serve the goals of the Mediation.

4. The Parties are authorized to enter into appropriate arrangements with the Mediator to conduct the Mediation and the Mediator shall be entitled to compensation for services and reimbursement of expenses on terms satisfactory to the Parties and the Mediator. For purposes of this Mediation, the Mediator shall be compensated at his standard hourly rate for 2022, plus expenses.

5. This Court shall retain jurisdiction with regard to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: January 11th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**