# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AH LIQUIDATION, INC., *et al.* | ) | Case No. 21-10883 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| DRIVETRAIN LLC, in its capacity as LIQUIDATING TRUSTEE for the LIQUIDATING TRUST OF AH LIQUIDATION, INC., AH IP LIQUIDATION, INC., RM LIQUIDATION, INC., BP LIQUIDATION, INC., and QAA LIQUIDATION, INC., | ) | Adv. No. 22-50392 (CTG) |
| Plaintiff, | ) | |
| v. | ) | |
| DAVID FANN, PAUL COX, STEPHEN WOODY, HUMBERTO ANTUNES, and JOSEPH MCGUIRE, | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF CAROLYN R. RAINES

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carolyn R. Raines, Esquire of Munck Wilson Mandala LLP, to represent Defendant Humberto Antunes in this action.

Dated: January 12, 2023  
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Paul D. Brown (No. 3903)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:        chipman@chipmanbrown.com
                brown@chipmanbrown.com

### CERTIFICATION BY CAROLYN R. RAINES TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District of Delaware.

Dated: January 12, 2023

*/s/ Carolyn R. Raines*
Carolyn R. Raines
**MUNCK WILSON MANDALA LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone:   (972) 628-3600
Email:             craines@munckwilson.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Carolyn R. Raines, Esquire is granted.

**Dated: January 13th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

00037534.1