## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AH Liquidation, Inc., *et al.*,[1]<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 21-10883 (CTG)<br><br>(Jointly Administered)<br><br>Adv. No. 22-50392 (CTG) |
| DRIVETRAIN LLC, in its capacity as LIQUIDATING TRUSTEE for LIQUIDATING TRUST OF AH LIQUIDATION, INC., AH IP LIQUIDATION, INC., RM LIQUIDATION INC., BP LIQUIDATION, INC., and QAA LIQUIDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FANN, et al.,<br><br>Defendants. |  |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) made applicable by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Drivetrain LLC, by and through its undersigned counsel, hereby dismisses the Complaint against Defendants Steven Woody, David Fann, and Joseph McGuire, with prejudice.

---

[1] The debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: AH Liquidation, Inc. (8411); AH IP Liquidation, Inc. (7594); BP Liquidation Corp. (6483); QAA Liquidation, Inc. (5613); and RM Liquidation, Inc. (0430). A complete list of each of the debtors in these Chapter 11 Cases may be obtained via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.

144717070.1

Dated: July 5, 2023

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sniederman@foxrothschild.com

-and-

Michael A. Sweet (*admitted pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com
*Counsel for Plaintiff*

**GORDON REES**
**SCULLY MANSUKHANI LLP**

*/s/ Michael C. Heyden, Jr.*
Michael C. Heyden, Jr. (DE No. 5616)
Joseph E. Brenner (DE No. 6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (415) 391-4436
Email: mheyden@grsm.com
*Counsel for Defendants Steven Woody, David Fann,*
*and Joseph McGuire*